FILED
2012 Jan-09  AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

EDWIN PIERCE PRYOR,              )
                                 )
                Petitioner,      )
                                 )
v.                               )          Case No. 4:11-cv-03867-WMA
                                 )
TROY KING,                       )
                                 )
                Respondent.      )

## MEMORANDUM OPINION

On December 20, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On December 28, 2011, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 6th day of January, 2012.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE