## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

EDWIN PIERCE PRYOR,         )
                              )
          Petitioner    )
                              )
v.                         )     Case No. 4:11-cv-03867-WMA
                              )
TROY KING,              )
                              )
          Respondent  )

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is due to be and hereby is DENIED.

DONE this 6th day of January, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE